IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 29 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-01091-ZLW

LARRY GORDON,

      Applicant,

v.

AL ESTEP, Warden of the Limon Correctional Facility, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The instant habeas corpus application was denied without prejudice and the action dismissed on September 28, 2005. Therefore, Plaintiff's motion for a subpoena duces tecum is DENIED as moot.

Dated: September 29, 2005

Copies of this Minute Order mailed on September 29, 2005, to the following:

Larry Gordon
Prisoner No. 53405
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

                                              Secretary/Deputy Clerk