IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01091-ZLW

LARRY GORDON,

    Applicant,

v.

AL ESTEP, Warden of the Limon Correctional Facility, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
COLORADO

APR 2 4 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the motion titled "Motion to Set Aside Judgment, and Amend" submitted to and filed with the Court on April 23, 2007. On September 28, 2004, the habeas corpus application was denied without prejudice and the instant action dismissed. On November 2, 2005, Applicant's motion for reconsideration was denied. On March 28, 2006, Applicant's appeal from the September 28, 2004, dismissal was dismissed. Therefore, Applicant's April 23, 2007, motion is DENIED as moot. This case is closed. The clerk of the Court is directed to strike any further filings submitted by Applicant in this action.

Dated: April 24, 2007

Copies of this Minute Order mailed on April 24, 2007, to the following:

Larry Gordon
Prisoner No. 53405
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

                                           Secretary/Deputy Clerk